# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

Civil Division

RECEIVED

OCT 01 2025

US DISTRICT COURT
MID DIST TENN

Thomas ~~Michale~~ Mulligan

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an
additional page with the full list of names.)*

-v-

United Stated Department of Veteran
Affairs

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  3:25cv-1120

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Thomas Michale Mulligan |
   | Street Address | 2704 Gossett Trail |
   | City and County | Nashville, Davidson County |
   | State and Zip Code | Tennessee  37221 |
   | Telephone Number | 760-259-1913 |
   | E-mail Address | thommichaelmulligan@gmail.com |

   B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

    Name                        United States Department of Veterans Affairs

    Job or Title *(if known)*

    Street Address            810 Vermont Ave., N.W.

    City and County         Washington, District of Columbia

    State and Zip Code     D.C. 20420

    Telephone Number      202-461-4900

    E-mail Address *(if known)*

Defendant No. 2

    Name                        VETERANS HOSPITAL MEDICAL

    Job or Title *(if known)*    CENTER - EYE CLINIC

    Street Address            3350 La Jolla Village Drive

    City and County         SAN DIEGO

    State and Zip Code     CALIF 92161

    Telephone Number      858 552 8585

    E-mail Address *(if known)*

Defendant No. 3

    Name                        US ATTORNEY GENERAL

    Job or Title *(if known)*

    Street Address            950 PENNSYLVANIA AVENU

    City and County         WASHINGTON

    State and Zip Code     DC

    Telephone Number      202-353-1555

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Appeal of denial of claim by US Dept of Veterans Affairs dated April 3, 2025 pursuant to 28 USC Sec. 2675(a).

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

   a.      If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.      If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

   a.      If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.  If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff was injured by the negligence of Defendant's agent while receiving care for in 2022 cataract surgery at VCMA San Diego CA in . Defendant deniend Plaintiff's claimm alleging failure to file with in two years. Plaintiff appeals the VA Decision dated April 3, 2025.

_____

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As a result of the Defendant's negligence, Plaintiff sustained permanent injury resulting in pain, added medical costs, and other injuries. Plaintiff has and will continue to occur medical costs. The resulting pain has left Plaintiff unable to enjoy his normal activities and seeks punitive damages in the amount of $ 1.5 MILLION

PERTINENT INFO:
- US NAVY VIETNAM VET
- SERVICE # B152010
- SOC SEC 100 40 1208



**U.S. Department of Veterans Affairs**
**Office of General Counsel**

Torts Law Group (021)
810 Vermont Avenue, NW
Washington, DC 20420
Telephone: (202) 461-4900

Via Certified Mail: 7014 2120 0000 3513 3420

In Reply Refer To: GCL 543497

April 3, 2025

Thomas Mulligan
2704 Gossett Trail
Nashville, TN 37221

      Re:   Administrative Tort Claim

Dear Mr. Mulligan:

The Department of Veterans Affairs (VA) has investigated the above-referenced matter under the Federal Tort Claims Act (FTCA). This claim, received by VA on February 3, 2025, alleging complications with your cataract surgery at VAMC San Diego.

Based on our investigation it appears the alleged incident occurred in 2022. A tort claim is barred unless it is presented within two years after the claim accrues, as provided in Section 2401(b), Title 28, United States Code (U.S.C.). Accordingly, we deny your claim.

If you are dissatisfied with this decision, you have the option of filing suit in an appropriate U.S. District Court under 28 U.S.C. § 2675(a). 28 C.F.R. § 14.9. The FTCA provides that when an agency denies an administrative tort claim, the claimant may seek judicial relief in a Federal district court. The claimant must initiate the suit within six (6) months of the mailing of this notice as shown by the date of this denial (28 U.S.C. § 2401(b)). In any lawsuit, the proper party defendant is the United States, not the Department of Veterans Affairs.

Please note that FTCA claims are governed by a combination of Federal and state laws. Some state laws may limit or bar a claim or lawsuit. VA attorneys handling FTCA claims work for the Federal government and cannot provide advice regarding the impact of state laws or state filing requirements.

Sincerely,

*Kristen Nelson*

Kristen Nelson
Deputy Chief Counsel

**Veterans Crisis Line    Confidential and Available 24 Hours a Day**
**Dial 988 & Press 1  |  Text to 838255  |  On-Line Chat at www.veteranscrisisline.net**